FILED IN OPEN COURT
ON \_\_\_\_\_5/11/2016 LD
Julie Richards Johnston, Clerk
US District Court
Eastern District of NC

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
NO. 5:14-CV-534-BO

UNITED STATES OF AMERICA,          )
                                   )
            Plaintiff,             )
                                   )
      v.                           )
                                   )
$21,250.53 IN U. S. CURRENCY       )
SEIZED FROM HANNAH'S STOP 'N'      )
SHOP AND HANNAH'S STOP 'N'         )
DRINK                              )
                                   )
AND                                )
                                   )
FUNDS TOTALING $36,222.15          )
SEIZED FROM A BANK OF AMERICA      )
ACCOUNT RELATED TO                 )
HANNAH'S STOP 'N' SHOP AND         )
HANNAH'S STOP 'N' DRINK,           )
                                   )
            Defendants.            )

CONSENT ORDER AS TO CLAIMANT RICKY BENSON

By signing below, the undersigned parties have consented to the

entry of this Order and have informed the Court the following:

1.    They have settled the litigation in this matter.

2.    The parties' settlement is neither a concession by the

United States that the $1,300.00 of the $21,250.53 subject currency

seized is not subject to forfeiture nor an admission of wrongdoing

1

by the Claimant. Rather, the parties' settlement is merely a compromise to avoid the delay, uncertainty, inconvenience, and expense of protracted litigation of the Government's claims relating to forfeiture of the $1,300.00 of the $21,250.53 subject currency seized.

It is, therefore,

ORDERED that the United States shall return to the Claimant, Ricky Benson, $1,300.00 of the $21,250.53 subject currency seized, less any debt owed to the United States, any agency of the United States, or any other debt in which the United States is authorized to collect. Payment to be made payable to Claimant via electronic funds transfer by the U.S. Department of Treasury according to the information provided by Claimant on the executed ACH Payment Enrollment Form;

ORDERED that each party shall bear its own attorneys' fees, costs and expenses in this litigation.

SO ORDERED this _11_ day of _May_, 2015.

_Terrence W. Boyle_
TERRENCE W. BOYLE
United States District Judge

2

Consented to by:

_____
STEPHEN A. WEST
Attorney for United States of America


_____
RICKY BENSON
101 Idlewild Avenue
Raleigh, NC  27601

3